IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES V. STATLER, | ) | |
| Plaintiff(s), | ) | No. C 05-0685 CRB (PR) |
| v. | ) | ORDER |
| LAKE COUNTY JAIL, et al., | ) | (Doc # 16) |
| Defendant(s). | ) | |

Plaintiff's motion (doc # 16) for an enlargement of time to prepare a "response" to defendants's answer is DENIED. Plaintiff need not respond to defendants' answer.

Defendants are reminded that they must file a motion for summary judgment, or other dispositive motion, by no later than January 27, 2006. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving defendants' motion, and defendants shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: Jan. 12, 2006

CHARLES R. BREYER
United States District Judge