IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES V. STATLER, | ) | |
| Plaintiff(s), | ) | No. C 05-0685 CRB (PR) |
| v. | ) | ORDER |
| LAKE COUNTY JAIL, et al., | ) | |
| Defendant(s). | ) | |

    Defendants have filed a motion for summary judgment. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving defendants' motion, and defendants shall file a reply to any opposition within 15 days thereafter.

    The hearing noticed for April 28, 2006 is VACATED. The motion shall be deemed submitted as of the date the reply is due.

SO ORDERED.

DATED: <u>March 24 2006</u>

    CHARLES R. BREYER
    United States District Judge