IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES V. STATLER, | ) | |
| Plaintiff(s), | ) | No. C 05-0685 CRB (PR) |
| v. | ) | ORDER |
| LAKE COUNTY JAIL, et al., | ) | |
| Defendant(s). | ) | |

    Good cause appearing, defendants are ordered to serve a copy of their motion for summary judgment on plaintiff. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving defendants' motion, and defendants shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: April 19, 2006

CHARLES R. BREYER
United States District Judge